# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| Juan Angel Bobadilla<br>*Plaintiff(s)*<br>v.<br>Smith Frozen Foods, Inc., an Oregon Corporation, Jerry Hahn, an individual and Kelly Hahn, an individual.<br>*Defendant(s)* | ) | Civil Action No. 2:20-cv-00100-SU |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kelly Hahn,250 Powell Road, Milton Freewater, OR 97862-9807.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Judy Danelle Snyder
Melissa Hopkins
Law Office of Judy Snyder
1000 SW Broadway, Suite 2400
Portland, OR 97205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| Juan Angel Bobadilla<br>*Plaintiff(s)*<br>v.<br>Smith Frozen Foods, Inc., an Oregon Corporation, Jerry Hahn, an individual and Kelly Hahn, an individual.<br>*Defendant(s)* | ) | Civil Action No. 2:20-cv-00100-SU |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Jerry Hahn, 85422 Trolley Lane, Milton Freewater, OR 97862-6878.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Judy Danelle Snyder
Melissa Hopkins
Law Office of Judy Snyder
1000 SW Broadway, Suite 2400
Portland, OR 97205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| Juan Angel Bobadilla<br>*Plaintiff(s)*<br>v.<br>Smith Frozen Foods, Inc., an Oregon Corporation, Jerry Hahn, an individual and Kelly Hahn, an individual.<br>*Defendant(s)* | ) | Civil Action No. 2:20-cv-00100-SU |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Smith Frozen Foods, Inc., c/o Registered Agent, Wyatt S. Baum, 808 Adams Avenue, La Grande, OR 97850.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Judy Danelle Snyder
Melissa Hopkins
Law Office of Judy Snyder
1000 SW Broadway, Suite 2400
Portland, OR 97205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________________
*Signature of Clerk or Deputy Clerk*