**Judy Danelle Snyder, OSB No. 732834**
E-mail: judy@jdsnyder.com
**Holly Lloyd, OSB No. 942979**
E-mail: holly@jdsnyder.com
**Melissa Hopkins, OSB No. 192226**
E-mail: melissa@jdsnyder.com
LAW OFFICES OF JUDY SNYDER
1000 S.W. Broadway, Suite 2400
Portland, OR 97205
Telephone: (503) 228-5027
Facsimile: (503) 241-2249

Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| JUAN ANGEL BOBADILLA,<br>Plaintiff,<br>v.<br>SMITH FROZEN FOODS, INC., an Oregon domestic corporation, JERRY HAHN, an individual, and KELLY HAHN, an individual,<br>Defendants. | Case No. 2:20-cv-00100-SU<br><br>**STIPULATED ORDER/JUDGMENT OF DISMISSAL** |

The Court having been informed by counsel for the parties that this action has been settled, HEREBY ORDERS that this action is dismissed with prejudice and without an award of costs or attorney fees to either party.

DATED 9/28/2020

/s/ Patricia Sullivan
Patricia Sullivan
United States District Magistrate Judge



LAW OFFICES OF JUDY SNYDER
1000 S.W. BROADWAY, SUITE 2400
PORTLAND, OREGON 97205
(503) 228-5027
FAX (503) 241-2249

IT IS SO STIPULATED:

s/Judy Danelle Snyder
JUDY DANELLE SNYDER, OSB No. 732834
Attorney for Plaintiff

s/Dennis E. Westlind
DENNIS E. WESTLIND, OSB No. 011329
Attorney for Defendants Smith Frozen Foods, Inc,
Kelly Hahn, and Jerry Hahn



LAW OFFICES OF JUDY SNYDER
1000 S.W. BROADWAY, SUITE 2400
PORTLAND, OREGON 97205
(503) 228-5027
FAX (503) 241-2249